UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    Case No. 8:09-CR-387-T-33TBM

CURTIS LAVAR SPEIGHT
_____/

## ORDER AND SECOND AMENDED JUDGMENT

Before the Court is the Motion by the United States for Reduction in Defendant's Sentence (D-147).

Defendant was found guilty of conspiracy to possess with the intent to distribute five or more grams of cocaine base in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B)(iii) and possession with the intent to distribute five or more grams of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). The Court sentenced Defendant to a term of imprisonment of 235 months as to each Count to run concurrently.

The Government filed a motion for a sentence reduction pursuant to Fed.R.Crim.P. 35(b). The Government states that it considers Defendant's cooperation to be substantial assistance. The Government therefore recommends that Defendant be awarded a two-level reduction in sentence.

The Court has fully considered the motion of the

Government requesting reduction of the sentence imposed upon the Defendant and the evaluation by the Government of the assistance provided by the Defendant.  The Court finds that the Defendant, Curtis Lavar Speight, in-fact, substantially assisted the Government in the manner described in the Government's motion.  The Court therefore GRANTS the Government's motion and departs downward two levels due to Defendant's substantial assistance.  Given that departure, the Guideline Range determined by the Court is as follows:

Total Offense Level: 31

Criminal History Category: VI

Imprisonment Range: 188 to 235 months

Supervised Release Range: 8 years to Life

Fine Range: $20,000 to $5,000,000.

The Court reduces Defendant's sentence to a term of incarceration of 188 months.  All other aspects of the Defendant's June 4, 2010 Amended Judgment are reaffirmed and ratified.

It is therefore ORDERED that:

1)  The Motion by the United States for Reduction in Defendants Sentence (D-147) is GRANTED in accordance with the foregoing.

2)   Defendant's Amended Judgment heretofore entered in this Criminal Case on June 4, 2010 is hereby AMENDED and MODIFIED, in accordance with the foregoing, to reflect the corrected Guideline Range as set forth above and a reduction in Defendant's term of imprisonment from 235 months to 188 months.

3)   All previously imposed terms and conditions are ratified and confirmed.

DONE AND ORDERED at Tampa, Florida this 17th day of March, 2014.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE