UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:09-CR-387-T-33TBM

CURTIS LAVAR SPEIGHT
_____/

### ORDER AND THIRD AMENDED JUDGMENT

Before the Court is Defendant's Motion to Reconsider Order on Motion to Reduce Sentence (D-150), the Government's response (D-152), and Defendant's reply (D-154).

A jury found Defendant guilty of conspiracy to possess with the intent to distribute five or more grams of cocaine base in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B)(iii) and possession with the intent to distribute five or more grams of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). The Court sentenced Defendant to a term of imprisonment of 235 months as to each Count to run concurrently.

In February 2014, the Government filed a motion for a two-level sentence reduction pursuant to Fed.R.Crim.P. 35(b). By order dated March 18, 2014, the Court, having received no opposition from Defendant, granted the motion and reduced Defendant's term of imprisonment to 188 months. (D-148.)

On April 24, 2014, Defendant filed his motion to reconsider. Defendant argued that he failed to receive notice of the Government's motion as it was incorrectly sent to the wrong prison facility. Defendant claimed that the Government "underestimates the magnitude and scope of [Defendant's] assistance." He stated that he provided law enforcement with the identity of the perpetrator of a murder and was instrumental in law enforcement obtaining a wire tap on the perpetrator as well as a recorded confession. He sought a hearing at which he would be allowed to present testimony regarding his cooperation.

The Government responded that Defendant's assistance is not deserving of more than a two-level reduction in sentence. The Government proffered that Defendant asked a fellow inmate to speak to his ex-girlfriend about assisting in a homicide case. According to the Government, the ex-girlfriend was dating the murder suspect and the fellow inmate convinced her to cooperate in seeking a confession from the suspect. Defendant was not called to testify in the murder case. The fellow inmate received a two-level sentence reduction.

As Defendant did not receive a copy of the Government's motion, the Court permitted Defendant to file a

response/proffer to the Government's Rule 35 motion. In his reply, Defendant states that his assistance was "critical in identifying and convicting the perpetrator of Armed Robbery and Murder." Defendant explains that he became aware of the person responsible for an unsolved armed robbery and murder in Lakeland. According to Defendant, he knew his fiancee was personally familiar with the subject and asked her to contact Officer Nicholas Marolda to offer Defendant's assistance. Defendant also contacted another friend to have his ex-girlfriend work undercover with law enforcement to obtain evidence. The ex-girlfriend, with law enforcement assistance, obtained recordings in which the subject confessed to the armed robbery and murder. The evidence ultimately led to the subject's conviction.

Defendant argues had he not initiated and recruited the essential individuals to complete the cooperation, the crime would have remained unsolved. He further argues that his cooperation exposed himself, his family and his fiancee to extreme danger as the subject was not incarcerated at the time. Defendant requests at least 6 levels for his cooperation.

Having considered the written arguments of the parties,

the Court finds that a further one-level reduction in sentence is appropriate based upon Defendant's substantial assistance. Given that departure, the Guideline Range determined by the Court is as follows:

   Total Offense Level: 30

   Criminal History Category: VI

   Imprisonment Range: 168 to 210 months

   Supervised Release Range: 8 years to Life

   Fine Range: $20,000 to $5,000,000

The Court reduces Defendant's sentence to a term of incarceration of 168 months.

It is therefore ORDERED that:

1) Defendant's Motion to Reconsider Order on Motion to Reduce Sentence (D-150) is GRANTED in part in accordance with the foregoing.

2) Defendant's Second Amended Judgment entered in this Criminal Case on March 18, 2014 is hereby AMENDED and MODIFIED, in accordance with the foregoing, to reflect the corrected Guideline Range as set forth above and a reduction in Defendant's term of imprisonment from 188 to 168 months.

3) All previously imposed terms and conditions are ratified and confirmed.

DONE AND ORDERED at Tampa, Florida this 10th day of July, 2014.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE